E-FILED
Wednesday, 10 March, 2021  09:06:27 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-CR-20060 |
| | ) | |
| JEFFREY M. WEST, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S EXPERT WITNESS DISCLOSURE**

The United States of America hereby gives notice of its intent to introduce expert

testimony under Federal Rule of Evidence 702, and a summary of that expert testimony

pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G).

This case involves the forensic examination of multiple digital media items seized

from defendant's residence or business. As a result of this examination, the defendant is

charged with multiple child sexual exploitation charges, including the production and

possession of child pornography. The United States intends to designate Michael A.

Johnson, with the Mattoon Police Department, and Aaron J. Covey, with the Federal

Bureau of Investigation, as expert witnesses.

As detailed below, the noticed government expert witnesses are qualified to testify

as experts by virtue of their "knowledge, skill, experience, training, and education." *See*

Fed. R. Evid. 702. Moreover, their testimony is relevant because it consists of "scientific,

technical, or other specialized knowledge [that] will help the trier of fact to understand

the evidence or determine a fact in issue," namely, where images of child pornography were located on the defendant's computer, when and how they arrived, and the technology used to obtain the images and videos. *Id.* The testimony of the expert witnesses is also "based on sufficient facts or data;" is the "product of reliable principles and methods;" and the experts have "reliably applied the principles and methods to the facts of the case." *Id.*

**Michael A. Johnson**

Michael A. Johnson is a Detective with the Mattoon, Illinois, Police Department. As part of his responsibilities, Detective Johnson investigates criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. Detective Johnson has received training in child exploitation offenses and digital forensic analysis.

Detective Johnson will testify about his investigation in this case, including the seizure and examination of various digital devices from defendant's residence and business. He will explain the process(es) used to extract data and information from the various digital devices and describe the presence of child pornography as well as additional artifacts pertaining to the defendant, as discussed in his report of examination, including the presence of artifacts indicating ownership or primary use of the device by the defendant. He will detail the forensic examination of these devices using computer forensic programs, including FTK and found evidence of the presence of child pornography files. Detective Johnson will also testify about Omegle and MyCamStudio

files he located on the defendant's devices and his opinion on how those files were created based on their location on the devices, other forensic artifacts on the devices, and user attribution evidence he located on the devices.  Detective Johnson will opine on the how, where, and when data and information was stored on the device; the types of applications installed or located on the devices, including discussion of how a given application operates, logs, or stores data and information, including IP log files and app installation dates; the image and video operations of the devices, including how the devices creates, stores and sends those files.

Much of this testimony will not involve opinion testimony, however some will, and in abundance caution, the government tenders this notice. Throughout his testimony, Detective Johnson will draw upon his extensive training and experience investigating offenses involving computer forensic evidence and conducting computer forensic examinations to help the jury understand his findings. Detective Johnson may also be called upon to answer hypothetical questions regarding the above-described subjects based upon evidence presented at trial or to rebut any defense theory. The government reserves the right to expand the subject-matter covered by the instant notice or to file an amended expert notice covering additional subject-matter.

Pursuant to Fed. R. Crim. P. 16(a)(1)(F), copies of the digital forensic examination and investigation reports prepared by Detective Johnson have been provided to the defendant.

A copy of Detective Johnson's professional qualifications has been disclosed in discovery. *See* Bates No. 467.

3

**Aaron J. Covey**

Aaron J. Covey is a Special Agent with the Federal Bureau of Investigation, Dallas, Texas, Field Office. SA Covey specializes in child exploitation and cyber-crime investigations, in particular those that involve video chat platforms such as Omegle. SA Covey will explain how Omegle functions, how users connect with other individuals on the platform, the identifying features of Omegle, and the emerging intelligence FBI has gathered regarding the "Omegle Game" as a method or technique used to sexually exploit minors.

Throughout his testimony, SA Covey will draw upon his extensive training and experience investigating offenses involving child exploitation to help the jury understand his findings. The government reserves the right to expand the subject-matter covered by the instant notice or to file an amended expert notice covering additional subject-matter.

A copy of SA Covey's professional qualifications has been disclosed in discovery. *See* Bates No. 468-69.

Respectfully submitted,

DOUGLAS J. QUIVEY
*Acting United States Attorney*

s/ELLY M. PEIRSON
*Assistant United States Attorney*
IL Bar No. 6298075
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Telephone: (217) 373-5875
elly.peirson@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2021, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing

to counsel of record.

s/ELLY M. PEIRSON
*Assistant United States Attorney*