IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-CR-20060 |
| | ) |
| JEFFREY M. WEST, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION #3: IDENTIFIED SERIES**

The United States and the Defendant, Jeffrey M. West, by and through his counsel, Elisabeth R. Pollock, for purposes of the trial, hereby stipulate and agree as stated below. These stipulations are intended in part to allow the jury to consider in evidence the facts contained therein in lieu of the testimony of law enforcement agents involved in the investigation of these matters during the trial of this action.

1. **The National Center for Missing and Exploited Children (NCMEC)**

The National Center for Missing and Exploited Children is a non-profit corporation whose mission is to help find missing children, reduce child sexual exploitation, and prevent child victimization. Since 1984, NCMEC has served as the national clearinghouse and resource center for families, victims, private organizations, law enforcement and the public on issues relating to missing and sexually exploited children.

NCMEC identified 129 images and 35 videos located on the devices seized from Jeffrey West's residence and Jeffrey West's business, in Mattoon, Illinois, as part of 80 different identified series of child pornography.

2. **"SAMMY"**

Government Exhibits 1F and 5C are videos from the "Sammy" series. If called to testify, FBI Special Agent Alix Skelton with the Washington, D.C. field Office would state that she investigated the person who produced this identified series and met the child depicted in the image. Based on her investigation, including the producer's statement, the child was between six to eight years old when the images were produced in the state of New York and are distributed widely on the Internet.

3. **"SPONGEB"**

Government Exhibits 2G and 2B are videos from the "SpongeB" or "SpongeBob" series. If called to testify, FBI Special Agent Jeffrey S. Ross with Salt Lake City, Utah, field office, would state he participated in an investigation of an individual who produced images of child between the ages of six and twelve. SA Ross met this child when he was 12 years old, in 2009. The images were produced in the state of Utah and are distributed widely on the Internet.

4. **"SUPERM"/"ZIGZAGBROWN"**

Government Exhibit 6D is an image from the "SuperM" or "ZigZagBrown" series. If called to testify, FBI Special Agent Susan Lucas with Detroit, Michigan, field office, would state she participated in an investigation of an individual who produced

images of two children, a boy and a girl, between the ages of five and seven years old. SA Lucas met the children when the girl was seven and the boy was five years old, in 2013. The images were produced in the state of Michigan and are distributed widely on the Internet.

                                    Respectfully submitted,

                                    DOUGLAS J. QUIVEY
                                  *Acting United States Attorney*

s/ELISABETH R. POLLOCK          By:    s/ELLY M. PEIRSON
*Attorney for Jeffrey M. West*                *Assistant United States Attorney*

                                                    s/KEITH HOLLINGSHEAD-COOK
                                                    *Assistant United States Attorney*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                            s/Elly M. Peirson
                                            *Assistant United States Attorney*