IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19-CR-20060 |
| JEFFREY M. WEST, | ) |
| Defendant. | ) |

## STIPULATION #4: SEARCH WARRANT

The United States and the Defendant, Jeffrey M. West, by and through his counsel, Elisabeth R. Pollock, for purposes of the trial, hereby stipulate and agree as stated below.

**Search Warrant**

On May 24, 2019, Judge Brian Bower, Circuit Judge for the Fifth Judicial Circuit of Illinois, in Coles County, authorized the search of Jeffrey West's business, Westside Motors, on the 200 block of N. 19th Street, Mattoon, Illinois, and Jeffrey West's residence, on the 1300 block of S. 3rd Street, Mattoon, Illinois. Law enforcement seized the following items during the search of these locations:

- Government Exhibit 1, a 320 gigabyte Seagate hard drive contained in a laptop computer;
- Government Exhibits 2, 3, 4, 5, and 6, five USB thumb drives;
- Government Exhibit 8, bottles of THC gummies;
- Government Exhibit 9, a purple vibrator;

- Government Exhibit 10, a bank envelope containing U.S. currency;

- and other digital media storage and devices pursuant to the Court's authorization.

While lawfully accessing these locations, agents took the photographs depicted in Government Exhibits group 7, which are true and accurate depictions of these locations as they appeared on the date of the search, May 24, 2019.

Government Exhibits 1, 2, 3, 4, 5, 6, 7, 8, 9, and 10 are admitted into evidence.

Respectfully submitted,

DOUGLAS J. QUIVEY
*Acting United States Attorney*

s/ELISABETH R. POLLOCK
*Attorney for Jeffrey M. West*

By:   s/ELLY M. PEIRSON
*Assistant United States Attorney*

s/KEITH HOLLINGSHEAD-COOK
*Assistant United States Attorney*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                          s/Elly M. Peirson
                                          *Assistant United States Attorney*