# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 19-CR-20060 |
| | ) | |
| JEFFREY M. WEST, | ) | |
| | ) | |
| Defendant. | ) | |

## THE UNITED STATES OF AMERICA'S AMENDED EXHIBIT LIST

NOW COMES the United States of America, by Douglas J. Quivey, Acting United States Attorney for the Central District of Illinois, and Elly M. Peirson, Assistant United States Attorney, and hereby states that it intends to introduce the following exhibits in its case-in-chief in the above captioned case:

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL     DISTRICT OF     ILLINOIS

| UNITED STATES OF AMERICA<br>V.<br>JEFFREY M. WEST | | | | | EXHIBIT LIST<br><br>Case Number:  19-CR-20060 |
|---|---|---|---|---|---|
| PRESIDING JUDGE<br>HON. MICHAEL M. MIHM | | | PLAINTIFF'S ATTORNEY<br>ELLY PEIRSON &<br>KEITH HOLLINGSHEAD-COOK | | DEFENDANT'S ATTORNEY<br>ELISABETH R. POLLOCK |
| TRIAL DATE (S)<br>April 6, 2021 | | | COURT REPORTER | | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| 1 | | | | | Seagate 320 GB Hard drive |
| 1A | | | | | Decrypted Internet Credentials |
| 1B | | | | | Internet Browser History |
| 1C | | | | | Link files history |
| 1D | | | | | Bookmarked file listing of suspected child exploitation files |
| 1E | | | | | Sarah Bush Lincoln Health Care Systems receipt |
| 1F | | | | | Video from Seagate hard drive – *Sammy_00262.mpg* |
| 1G | | | | | Video from Seagate hard drive – *Spongebob -sprayed.avi* |
| 1H | | | | | Video from Seagate hard drive – *Devon2.mp4* |
| 2 | | | | | 4GB Black thumb drive |
| 2A | | | | | Bookmarked file listing of suspected child exploitation files |
| 2B | | | | | Video from Black thumb drive  - *!!!Spongebob.wmv* |
| 3 | | | | | 4GB Pink thumb drive |
| 3A | | | | | Bookmarked file listing of suspected child exploitation files |
| 3B | | | | | Image from Pink thumb drive - *imgsrc.ru_50323443SpG* |
| 3C | | | | | Image from Pink thumb drive - *imgsrc.ru_50718738PkY.jpg* |
| 3D | | | | | Image from Pink thumb drive - *imgsrc.ru_50581419SbP.jpg* |
| 3E | | | | | Image from Pink thumb drive - *imgsrc.ru_50581424gHn.jpg* |
| 4 | | | | | 2GB Black PNY Thumb drive |
| 4A | | | | | Bookmarked file listing of suspected child exploitation files |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.          Page 1 of 5   Pages

| | | | | | |
|---|---|---|---|---|---|
| 4B | | | | | Image from Black PNY thumb drive - *241-550x534.jpg* |
| 4C | | | | | Image from Black PNY thumb drive - *3-021.JPG* |
| 4D | | | | | Image from Black PNY thumb drive – *1-31.jpg* |
| 5 | | | | | 2GB Red Thumb drive |
| 5A | | | | | Volume Serial Number for 2GB Red Thumb drive |
| 5B | | | | | Bookmarked file listing of suspected child exploitation files |
| 5C | | | | | Video from Red Thumb drive – *IMG_8520.MOV* |
| 5D | | | | | Video from Red Thumb drive – *IMG_9890.MOV* |
| 5E | | | | | Image from Red Thumb drive - *93b39e52-234d-4ad8-8999-5b76c29fba3b.jpg* |
| 6 | | | | | SanDisk Cruzer 64 GB Thumb drive |
| 6A | | | | | Volume Serial Number for SanDisk Cruzer 64 GB Thumb drive |
| 6B | | | | | Bookmarked file listing of suspected child exploitation files |
| 6C | | | | | File Structure |
| 6D | | | | | Video from SanDisk Cruzer - *27864b28-3238-4945-ba90-e7007e6c96d9.mp4.mpg* |
| 6E | | | | | Image from SanDisk Cruzer - *7df41b02-7ccb-49e4-9997-718573312471.jpg* |
| 6F | | | | | Video from SanDisk Cruzer – *13.avi* |
| 6F-1 | | | | | Still image from *13.avi* |
| 6F-2 | | | | | Still image from *13.avi* |
| 6F-3 | | | | | Still image from *13.avi* |
| 6F-4 | | | | | Still image from *13.avi* |
| 6G | | | | | Video from SanDisk Cruzer – *16.avi* |
| 6G-1 | | | | | Still image from *16.avi* |
| 6G-2 | | | | | Still image from *16.avi* |
| 6G-3 | | | | | Still image from *16.avi* |
| 6H | | | | | Image from Sandisk Cruzer – *Omegle screenshot 35379.jpg.jpg* |
| 6I | | | | | Image from Sandisk Cruzer – *Omegle screenshot 2596.jpg.jpg* |
| 6J | | | | | Image from Sandisk Cruzer – *Omegle screenshot 11572.jpg.jpg* |
| 6K | | | | | Image from Sandisk Cruzer – *Omegle screenshot 18495.jpg.jpg* |
| 6L | | | | | Image from Sandisk Cruzer – *Omegle screenshot 30370.jpg.jpg* |
| 6M | | | | | Image from Sandisk Cruzer – *Omegle screenshot 77536.jpg.jpg* |
| 6N | | | | | Image from Sandisk Cruzer – *Omegle screenshot 87544.jpg.jpg* |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.                Page 2 of 5   Pages

| | | | | | |
|---|---|---|---|---|---|
| 6O | | | | | Image from Sandisk Cruzer – *west side motors.jpg* |
| 6P | | | | | Image from Sandisk Cruzer – *west side 2.jpg* |
| 6Q | | | | | Image from Sandisk Cruzer – *West Side Motors Sales Sheet.jpg* |
| 6R | | | | | Image from Sandisk Cruzer – *0507131106c.jpg* |
| 6S | | | | | Image from Sandisk Cruzer – *Omegle screenshot 12521.jpg.jpg* |
| 6T | | | | | Image from Sandisk Cruzer – *Omegle screenshot 34008.jpg.jpg* |
| 6U | | | | | Image from Sandisk Cruzer – *Omegle screenshot 81670.jpg.jpg* |
| 6V | | | | | Image from Sandisk Cruzer – *Omegle screenshot 44248.jpg.jpg* |
| 6V-1 | | | | | Bottom photo from *Omegle screenshot 44248.jpg.jpg* |
| 7A | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (exterior) DSC_0140 |
| 7B | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (exterior) DSC_0141 |
| 7C | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (desk area) DSC_0145 |
| 7D | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (desk area) DSC_0146 |
| 7E | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (desk) DSC_0147 |
| 7F | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (window to garage) DSC_0148 |
| 7G | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (desk area) DSC_0149 |
| 7H | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (restroom area) DSC_0150 |
| 7I | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (desk area) DSC_0151 |
| 7J | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (desk area) DSC_0153 |
| 7K | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (desk area) DSC_0154 |
| 7L | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (desk area) DSC_0155 |
| 7M | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (shelf) DSC_0156 |
| 7N | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (drawer) DSC_0157 |
| 7O | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (drawer) DSC_0158 |
| 7P | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (cabinet) DSC_0159 |
| 7Q | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (garage area) DSC_0160 |
| 7R | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (garage area) DSC_0161 |
| 7S | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (garage area) DSC_0162 |
| 7T | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (garage area) DSC_0163 |
| 7U | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (garage area) DSC_0164 |
| 7V | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (TV on wall) DSC_0172 |

| | | | | | |
|---|---|---|---|---|---|
| 7W | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (TV area) DSC_0173 |
| 7X | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (USB drive) DSC_0174 |
| 7Y | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (drawer) DSC_0175 |
| 7Z | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (purple vibrator) DSC_0176 |
| 7AA | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (purple vibrator) DSC_0178 |
| 7BB | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (drawer) DSC_0179 |
| 7CC | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (bank envelope) DSC_0180 |
| 7DD | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (money) DSC_0181 |
| 7EE | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (shelf) DSC_0182 |
| 7FF | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (hard drive) DSC_0183 |
| 7GG | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (paper w/accounts) DSC_0184 |
| 7HH | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (account info) DSC_0185 |
| 7II | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (mousepad – thumb drives) DSC_0186 |
| 7JJ | | | | | Photo of West Side Motors, 200 blk of N. 19th St., Mattoon (thumb drives) DSC_0187 |
| 7KK | | | | | Photo of residence, 1300 blk of S. 3rd St., Mattoon (front of house) IMG_4330 |
| 7LL | | | | | Photo of residence, 1300 blk of S. 3rd St., Mattoon (Huskey cabinet) IMG_4335 |
| 7MM | | | | | Photo of residence, 1300 blk of S. 3rd St., Mattoon (Huskey drawer) IMG_4336 |
| 7NN | | | | | Photo of residence, 1300 blk of S. 3rd St., Mattoon (Sour gummies-Wana) IMG_4338 |
| 7OO | | | | | Photo of residence, 1300 blk of S. 3rd St., Mattoon (Wana gummies) IMG_4339 |
| 7PP | | | | | Photo of residence, 1300 blk of S. 3rd St., Mattoon (Ataraxia bottle) IMG_4342 |
| 7QQ | | | | | Photo of residence, 1300 blk of S. 3rd St., Mattoon (green gummies - Ataraxia) IMG_4343 |
| 7RR | | | | | Photo of residence, 1300 blk of S. 3rd St., Mattoon (gummy label) IMG_4344 |
| 7SS | | | | | Photo of residence, 1300 blk of S. 3rd St., Mattoon (gummies - blue) IMG_4345 |
| 7TT | | | | | Photo of residence, 1300 blk of S. 3rd St., Mattoon (Huskey drawer) IMG_4346 |
| 7UU | | | | | Photo of residence, 1300 blk of S. 3rd St., Mattoon (Ziploc bag of 4 thumb drives) IMG_4348 |
| 7VV | | | | | Photo of residence, 1300 blk of S. 3rd St., Mattoon (DVD cabinet) IMG_4358 |
| 7WW | | | | | Photo of residence, 1300 blk of S. 3rd St., Mattoon (front of house) IMG_4360 |
| 7XX | | | | | Photo of residence, 1300 blk of S. 3rd St., Mattoon (notebook page) IMG_4365 |
| 8 | | | | | THC gummies |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.        Page 4 of  5   Pages

| | | | | | |
|---|---|---|---|---|---|
| 9 | | | | | Purple vibrator |
| 10 | | | | | Bank envelope containing $160.00 |
| 11 | | | | | Verizon records |
| 12 | | | | | Video of interview with West |
| 12-1 | | | | | Screen capture from video interview of West |
| 12Tr | | | | | Transcript of interview with West |
| 12A | | | | | Clip of interview with West; 20:01:27 to 20:06:04 |
| 12B | | | | | Clip of interview with West; 20:09:17 to 20:10:04 |
| 12C | | | | | Clip of interview with West; 20:10:35 to 20:11:42 |
| 12D | | | | | Clip of interview with West; 20:13:41 to 20:16:15 |
| 12E | | | | | Clip of interview with West; 20:19:54 to 20:21:27 |
| 12F | | | | | Clip of interview with West; 20:25:53 to 20:27:11 |
| 12G | | | | | Clip of interview with West; 20:39:55 to 20:40:58 |
| 12H | | | | | Clip of interview with West; 20:53:41 to 20:55:08 |
| 13 | | | | | Michael A. Johnson CV |
| 14 | | | | | Aaron J. Covey CV |
| 15A | | | | | Stipulation #1 – Prior conviction |
| 15B | | | | | Stipulation #2 – Duty to register |
| 15C | | | | | Stipulation #3 – Identified series |
| 15D | | | | | Stipulation #4 – Search warrant |
| 15E | | | | | Stipulation #5 – Verizon records |
| 16A | | | | | Photo of Text Now messages – message summary |
| 16B | | | | | Photo of Text Now messages – account phone number |
| 16C | | | | | Photo of Text Now messages – messages on 3/15 beginning at 1:46 pm to 217-246-8649 |
| 16D | | | | | Photo of Text Now messages - messages on 3/15 beginning at 1:46 pm to 217-246-8649 |
| 16E | | | | | Photo of Text Now messages – image sent on 3/15 at 2:15 pm |
| 17 | | | | | Omegle demonstrative |
| 18 | | | | | Camstudio artifacts |
| 19 | | | | | Sex offender registration documents |
| 19-1 | | | | | Page 2 of Sex offender registration documents, upside down and tilted |
| 20 | | | | | Truth/Lie demonstrative |

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a copy to all parties of record.

s/Elly M. Peirson
Assistant United States Attorney
